```
                                                                    FILED
                                                                  June 14, 2005
         UNITED STATES DISTRICT COURT FOR THE                  CLERK, US DISTRICT COURT
                                                               EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                        CALIFORNIA
                                                                   DEPUTY CLERK
```

UNITED STATES OF AMERICA,         )
                                  )    Case No. MAG. 05-0169-PAN
           Plaintiff,             )
v.                                )    ORDER FOR RELEASE OF
                                  )    PERSON IN CUSTODY
CARMEN LEPE,                      )
                                  )
           Defendant.             )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CARMEN LEPE, Case No. MAG. 05-0169-PAN, Charge, False Statements, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 10,000.00

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ___ (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 14, 2005  at  2:31 p.m.  .

By   /s/ Peter A. Nowinski
     Peter A. Nowinski
     United States Magistrate Judge